JOHN H. ALLCORN vs. THE REPUBLIC OF TEXAS — Appeal from Washington County.

This was a suit brought by the appellant to establish his right to an augmentation of two-thirds of a league and labor of land.

The facts proven at the trial, and relied upon as sustaining the claim, are substantially the same as those presented in the case of McNeese v. The Republic. There was a verdict and judgment for the defendant.

*Taylor*, for appellant.

*Harris*, Attorney General, for appellee.

Chief Justice HEMPHILL delivered the opinion of the court.

The facts in this case are not materially different from those presented in the record in the case of McNeese v. The Republic. Both of the claimants were single men at the date of the declaration of independence, citizens of Texas, and married in the year 1839.

[112] The grounds of our judgment will be seen on reference to the opinions in the case of McNeese v. The Republic, decided at this term of the court, and in the case of The Republic v. Gammell, decided at the December term, 1845. Let the judgment of the court below be affirmed.